## Wilson Adoption Case.

Argued October 1, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Ronald T. Heiman*, with him *Rodgers, Marks & Perfilio*, for appellants.

*P. Raymond Bartholomew*, with him *Cusick, Madden, Joyce, McKay & Associates*, for appellee.

OPINION PER CURIAM, October 16, 1974:
Decree affirmed. Each party to pay own costs.